UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X

SHIRLEY MILLER, *et al.*,

Plaintiffs,

-against-

CITY OF NEW YORK,

Defendant.

-------------------------------------------------------------------X

**15 Civ. 7563(WHP)(KNF)**

**FIRST AMENDED COMPLAINT**

**COLLECTIVE AND CLASS ACTION**

**JURY TRIAL DEMANDED**

Plaintiffs amend the caption to read as follows:

-------------------------------------------------------------------X
SHIRLEY MILLER, SANDRA FOWLER, GELSOMINA ACIERNO, LINDA ALFONSO, MARGARET ALINI, CATHY ALIPERTI, THERESA ALSTON, MARITZA A. APOLITO, ADA APONTE, MAGDALINE ARCE, ELEESHA AUSTIN-WAITHE, CYNTHIA E. AVILEZ, MARISOL AYALA, BRAIDWATIE BAIJU, PRISCILLA BAKER, BERNARDINE BALESTRIERE, BETTY BANG, EVELYN BARRIERA, DOROTHY BARSILICO, ANDREA BATISTE, STEPHANIE BATTAGLIA-JENNINGS, AMINA BEGUN, ACELITA BENITEZ, GRACE ANN BILLOTTO, ALTONIA BILYNCH, ANGELICA N. BLAKE, LISA BONNER, ELIZABETH BONOMOLO, DOLORIS BRADLEY, SHONDA BRADSHAW, TONI BRODA, ROBERTA BROWN, DORETTE E. BURTON, BEVEAN CABRALIS-BRIDGES, JANETTE CALLENDER, ITZI CARRILLO, PAMELA CASEY, AGNES CASEY, MONIQUE CASTRO, MICHELE CATALANO, MARIBEL CEDENO, YASHIRA CENTENO, JENNIFER CERO, JUANITA CHAMPAGNE, MEI CHEN, TOBIE CHILDS, YOLANDA J. CLOWNEY, LATARSHA A. COOKE, NADINE CORDES, LISA COSTIGLIACCI, REGINA COTTO, MARY COX, MARCELLA CRUZ, DEBBIE DANIEL, ETI DAS, YOMAYRA DELEON, REINA DELGADO, MIRIAM E. DIAZ, SURUJDEI DILCHAND, FANKA DROP, MICHELLE DUNSTON, CYNTHIA EDWARDS, ROSE ELLISON, RODAID ESCLAVA,

FANNY ESTEVEZ, SHEILA FAULKNER, CAROL A. FEHRMAN, OMEQUA FELL, SANDRA FERNANDEZ, DENISE FERRENTINO, BARBARA M. FLEMING, J. MIRIAM FLORES, LORETTA S. FOSTER, MICHELE FREDERICK, CAROLINE GABEL, DHARMATTEE GAFFOOR, LUZBY SOFIA GALLEGO, BRENDA GASPARO, LILLIAN GATES, AURILDA GERENA, CARMEN GERENA, LAURA GIAMMARINO, THERESA GODDEN, SANDRA GOMEZ, BASILIA PICHARDO GONZALEZ, MARIBEL GONZALEZ, JULIA GOODWINE, RENEE D. GREEN, RITA GRIMAUDO, CYNTHIA HAIR, TASEAN HAYWARD, JOSEPHINE HENRY, SALLY HERNANDEZ, QUETA HERNANDEZ, MARINA HERNANDEZ, KATHLEEN HORN, LUTCHMIN HORRIPERSAD, NICOLE HYPPOLITE, DENISE JACKSON, TANYA JILLY, KIM A. JOHNSON, SHARLONE JONES, DORIS JONES, NECLA F. KASAL, FRANCES KIKIS, RACHEL KING, HATTIE KIRK, DIANA LABRA, SANDY LEE, HELEN LEWIS, ROSA LIRANZO, REDDI LOGANADEN, PAULINE V. LOMAX, DEBRA LOMAX, ANTOINETTE Y. LONG, ELIZABETH LOPEZ, EILEEN LORENZO, MARIE LUGO, ELUCIA MAIORINI, ANITA MALENDEZ, MARYANN MALLOY, TERESA MANCINO, BEATRICE MANIGO, CARMELA MANISCALCO, LEONORA MARQUES, MERIYEN MARQUEZ, GLORIANN MARTINEZ, GAIL MASON, VANESSA MCDONALD, DONNETTE MCFARLANE, LATOYA MCPHATTER, CECILIA MENDEZ, ROSALINA MERCEDES, CATHERINE MEREDITH, EILEEN E. MERJAVE, ROSINA MIELLO, NEREIDA MIRANDA, LINDA MITCHELL, WANDA MOLINA, SANDRA MONSALVE, ARLINDA MONTEIRO, WANDA MORALES, GODA MOUSTAFA, PATRICIA R. MUNRO, DULEE NARZAN, DOLORES A. NAUGHTON, MARIE NELSON, LEONORA NUNEZ, MARIA ORTIZ, JEANNIE PABON, IRIS PABON, ZOFIA PALADINO, ANGELA PALAZZO, MARGARET PANDOLFINI, MARIA PAPAYIANNIS, JENNY PARRA, PATRICIA PARRELLA, CORA PARRISH, MIGDALIA PEREZ, OLGA I. PEREZ, FRANCINE PIRO, KENDALL PITTMAN, ANTOINETTE PORCELLO, PATRICIA PORTIS, HOPAL POWELL, MARY PRATTI, GRETA QUINN, WANDA RANDALL, JEAN M. REIRDON, KEISHA T. RICE, CANDACE RICHMOND, ELLEN RIGOSI, MARITZA RIVERA-

DONALD, ROSAE L. RIVIERA, NELLY RODRIGUEZ, MYRIAM ROJAS, INGRID B. ROLDAN, CARMEN ROMAN, DENISE ROSARIO, DORIS ROYAL, LUCINDA O. SANCHEZ, JESSICA SANDERS, MARGIE SANTIAGO, TASHAWN SCOTLAND, ELLEN B. SEKULSKI, CONSTANCE SENETAS, JENNY SEWNANAN, DENISIA SIMON, JESSIE SMITH, FELIDA SMITH, SHARON SMITH, DONNA SPADY, ROSEANN SPERO, ANGELA SPINELLI, INGRID THOMAS ST. CLAIR, CALLIOPI STAMOULIS, JONI STIRLING, RENEE STOKLEY, HANNA TAVERAS, NATIMA TAYLOR, PATRICIA THOMPSON, IVONNE TORRES, CARMEN L. TORRES, CORINNA CASIANO TORRES, KATHRYN TURCHIN, KELLY UNDERWOOD, SUJERY VALENTIN, ELSA B. VARGAS, MARIANELA VAZQUEZ, MAYRA VEGA, DEBORAH VIERA, MICHELLE WHITE, ANGELA WIECHELS, SHIRLEY WILLIAMS, MARY R. WILLIAMS, GERALDINE WILLIAMS, JUSTINE WILLIAMS, MARY WILSON, JOAN WILSON, CONTYSHA WRIGHT, NAHOMY ABELLARD, ARTHURINE ABRAHAM, BRENDA ADGER, NURJAHAN AHMED, MARINA AKLER, NARIMA AKTAR, AYESHA AKTHER, ROSA ALERS, CYNTHINE ALLEN, EYDA ALVARADO, ANA ALVAREZ, JEAN ASPIOTIS, ANA ATANCURI, CHERISSE AYTCH EPPS, MARIA BACHILLER, KATY BADIA, CAROL BAEDER MENDEZ, SHARON BALLESTERO, KATARYNA BARGLOWSKA, JOSEPHINE BARGOS, SONIA BATISTA, MAYA BAUER, VALERIE BELL, SUZANNE BERTHE, MARY ANN BERTO, CLAUDIA BETANCOURT, GALE BLACKWELL, JEAN BLOISE, IRIS BORGES, JULIA BRAVO, DONNA BRISBANE, MARGARET BROWN, SHIRLEY BROWN, MELODY BROWNE, ROSA BROWNE, GANELL BRYANT, ASUNCION BURGOS, JOANN BURZO, MARIA CADET-LOMBARDO, BERNADETTE CAFFIERO, MICHELLE CAMERON, CHIFFON CAMPBELL, SOFIA CANTALINO, AGNES CAREY, CORINNA CASIANA TORRES, GALYA CASTILLO, DIANE CASTRONUOVO, CASILDA CHALVISAN, CHERIE CHANDLER, ROSE CHARLES, MICHELE CHESNICKA, GWENDOLYN CHESTNUT, BEALINA CHINA, ROBIN CHISOLM, TERESA CIOFFI, KIMBERLY CIRILLO, CHRISTINE CIVITANO, ROSA COLINDRES, MARIA COLON,

AIDA COLON LOPEZ, NAIROVY COLON LOPEZ, MARILYN COLTHIRST, TONIA CONTINO, ALEXANDRA CORREA, DIANA CORTEZ, ELISA CROOM, CARMEN CRUZ, MAGDALENA CRUZ, MARTA CRUZ, LINDA CULOTTA, ANDREA CULOTTO, GRET CUNNINGHAM, JENNIFER D'AMICO, SHIPRA DAS, KATHLEEN DAUNT, MARIA DAVILA, VIOLA DAVIS, NAVIA DE AZA, MARIA DE LOS ANGELOS, VALERIE DEAN, BELKIS DELACRUZ, AUDRETH DELGADO, SERAFINA DILORENZO, JOSEPHINE DIMARTINO-LOFFREDO, CARMEN DONOVAN, SHAMIM DORA, IRMA DOWNES, PATRICIA DRAGU, NICKEISHA EDWARDS, YVETTE EDWARDS, IRENA ERICHSEN, ELIZABETH ESCALANTE, REYNA ESPINAL, ADRIANA ESTEVEX-FORTUNA, ANN MARIE EVANGELISTA, ZENA EVANS-WILLIAMS, MARIA FALLACARO, ELDA FELDER, CLAUDETTE FELIX, DENISE FERRANTE, DOREEN FERRONE, LORI FICARRA, HOMAYRE FLORES, JENNY FLORES, NILSA FLORES, STEPHANIE FONTE, LORETTA FORDE, MARY ANN FORTE, JESSIKA FOSTER, JULIA FOSTER, SANDRA FRANKLIN, DIGNA GALARZA, AMELIA GARCIA, DALILA GARCIA, JANET GARCIA, LISSETTE GARCIA, THELMA GLOVER, ARACELIS GOMEZ, SILVIA GOMEZ, SYLVIA GONZALEZ, BEVERLY GOODRIDGE, CYNTHIA GOPAUL, MARJORIE GOPAUL, LORRAINE GORDON, PATRICIA GORDON, ANASTASIA GOULAS, LOUELLA GRAHAM, ERICA GRANT, PATRICIA GREEN, ALICIA GRIZZLE, LAURIE GROSSETO, ALEJANDRA GUAN, ANGELA GUTIERREZ, JOYCE HALL, CARLINE HAMITON, ANDREA HANEY, APRILLYN HARDY, BRENDA HARRIS, GINA HARROO, NNENNA HARVEY, NANCY HAUGER, ANA HERNANDEZ, DEBRA HERNANDEZ, TINESE HIXON, CATHERINE HOMSI, NASRIN HOSSAIN, ELAINE HUFF, BRENDA INGE, KISHAH INGRAM, FRANGULA IOANNIDIS, TEODORA ISIDERO, DIANNA JACKSON, CREOLA JAMES, MARY JAMES, DONNA JASLOW, DAZZARE JEFFERSON, CARLA JIMBO, TANYA JOLLY, KIM JORDAN, ELVEEN JOURDAIN, EVANGELIA KARAMANOS, ISRAT KHAN, MARCIA KHAN, RUHITUN KHATUN, REHANA KHAN, ELSIE KLIMOWICH, REKHA KORMAKAR, MELANIE LAM,

LORI LAMIRATA, MARTINA LANEY, IRIS LANTIGUA, JENNIFER LAPLACA, DENISE LAWSON, GEORGETTE LEE, LUCIA LEVY, MARGARET LIVINGSTON, NATASHA LIVINGSTON, TIFFANY LOARTE, MARIE LOMBARDO, GLORIA LOSITO, KATHLEEN LUDWIG, MARIA LUGO, RANDI MADISON, CINDY MAFFEO, DIANE MAHARAJ, MILDRED MAISONET, ELIZABETH MALDONADO, RITA MANGIERI, JOANN MANTAGAS, PATRICIA MARGIOTTA, LAURA MARRA, DULCE MARSAN, DEBORAH MARTINEZ, MAYRA MARTINEZ, RITA MASCIA, LORRAINE MASIELLO, EVANGELIA MASOURIDIS, MARIANNE MATTEO, LINDA MAURO, CORA MAYBANK, ZSA-ZSA MAYS, FRANCESCA MAZZA, CLARICE MAZZELLA, KAREN MCALLISTER, GINA MCAUSLOND, THERESA MCDONALD, MARJORIE MCGINN, MARIA MEDINA, MARIBEL MEDINA, SORELLYS MEDINA, ELLEN MENDEZ, AIDA MERCADO, PHYLLIS MILES, NESIA MILLER, MICHELLE MIRANDA, ANN MARIE MISITI, APRIL MORALES, JEANETTE MORALES, LUZ MORALES, MARTHA MORALES, SHEILA MORGAN, MELINDA MORTON, JOSEPHINA MOSS, JENNIFER MOULTON-YOUNG, MARIBEL MOYENO, MARIAN MURPHY, DEBORAH MUSELLA, VIRGINIA NARCISO, ELAINE NG, GRACE O'MALLEY, LORRAINE ORIENTE, LISA ORTIZ, LUZ ORTIZ, LYDIA ORTIZ, EMMA PAGLIARO, JENNIFER PANKOWSKI, PESHIAH PATTERSON, BRENDA PENNIX, DIANA PEREZ, JEANNETTE PEREZ, MARIA PLACIDO, ANNABELLE PONCE, ELIZABETH POPICK, PATRONELLA PRESCOD, PARVIN RAHIM, CHANDRA RAMDIAL, FILOMENA RASOLE, THAVAMANI RAVEENTHIRARAJAH, PETERGAY RAY, ROSEMARIE REDA, IVY REID, JANET RENSCHLER, ANGELA REYES, BELKIS REYES, MILDRED REYES, YADISA REYES, GAIL RICHARDSON, MARILYN RICHARDSON, LILIANA RIVERA, DEIDRA RIVERS, GINA RIVERS, ROSEMARIE ROBERTS, CATHERINE ROCHE, CLARA RODRIGUEZ, LISETTE RODRIGUEZ, LYDIA RODRIGUEZ, MARIA RODRIGUEZ, MILADYS RODRIGUEZ, LISCE ROGER, DULCE ROJAS, NANCY ROLDAN, JESSICA ROMERO, CARLOTA ROOKE, DORIS ROSARIO, SANDRA ROWELL, DEBRA RUBINSKY, CRYSTAL RUIZ,

PETRA RUIZ, POPY SAHA, GUANGELIA SAKKAS, NICOLETTA SAKKAS, BIBI SAMAD, MARYURI SANCHEZ, LEILA SANDERS, EVELYN SANFORD, MARIA SANTANA, SOLMARITZA SANTIAGO, MARIANA SAURETTI, ROE ANN SCHUSSEL, CHRISTINA SCLAFANI, PHYLLIS SCOTT, MARIE SCRIBANI, MIGDALIA SEDA, LISSETTE SERRANO, CONSTANCE SERVETAS, CYNTHIA SFERRUZZA, MICHELLE SHEARD, SHIRLEY SHERRILL, LUISA SIERRA, AVICE SIMON, KRISTAL SINGH, YOLANDE SKERRITT, GEURLAINE SMALL, ANDREA SMALLS, ANA SOTO, MELINDA SOTO, ANNIE SOUTHERLAND, DENISE SPENCER, DIANE SPOTO, CATHERINE SPRUILL, CARMELA SQUARCIAFICO, ROBIN SROKA, JACQUELINE SUTHERLAND, BARBARA SZALEWICZ, DIANA TABALES, MARGARET TARTARO, CHERYL THOMAS, COROLIA THOMAS, KATHY THOMAS, TONYA THOMAS, ARETHA THOMPSON, MELANIA TOLENTINO, EVELYN TORRES, SONIA TORRES, YVETTE TRAVIS, THERESA TRIMARCO, JOHANNY VANEGAS, LUZ VARGAS, ZAIDA VARGAS, KAREN VEAL, SHENAY VENABLE, ELENA VILLAO, MARIANNE VOLBERG, PATRICIA WALLACE, DAISY WALLS, CAROL WALSTON, JOANNA WARED, CATHERINE WASHINGTON, DEBORAH WASHINGTON, TONIA WASHINGTON, CAROL WATSON, CASSANDRA WHITE, CHERYL WHYTE, VERONICA WILSON, AUDREY WRIGHT-SIMON, MARIA YARLINEZ, YUE ZHU, and ANTOINETTE ZUARDO, individually and on behalf of others similarly situated,

Plaintiffs,

-against-

CITY OF NEW YORK,

Defendant.

-------------------------------------------------------------------X

Plaintiffs Shirley Miller, Sandra Fowler, Gelsomina Acierno, Linda Alfonso, Margaret Alini, Cathy Aliperti, Theresa Alston, Maritza A. Apolito, Ada Aponte, Magdaline Arce,

Eleesha Austin-Waithe, Cynthia E. Avilez, Marisol Ayala, Braidwatie Baiju, Priscilla Baker, Bernardine Balestriere, Betty Bang, Evelyn Barriera, Dorothy Barsilico, Andrea Batiste, Stephanie Battaglia-Jennings, Amina Begun, Acelita Benitez, Grace Ann Billotto, Altonia Bilynch, Angelica N. Blake, Lisa Bonner, Elizabeth Bonomolo, Doloris Bradley, Shonda Bradshaw, Toni Broda, Roberta Brown, Dorette E. Burton, Bevean Cabralis-Bridges, Janette Callender, Itzi Carrillo, Pamela Casey, Agnes Casey, Monique Castro, Michele Catalano, Maribel Cedeno, Yashira Centeno, Jennifer Cero, Juanita Champagne, Mei Chen, Tobie Childs, Yolanda J. Clowney, Latarsha A. Cooke, Nadine Cordes, Lisa Costigliacci, Regina Cotto, Mary Cox, Marcella Cruz, Debbie Daniel, Eti Das, Yomayra Deleon, Reina Delgado, Miriam E. Diaz, Surujdei Dilchand, Fanka Drop, Michelle Dunston, Cynthia Edwards, Rose Ellison, Rodaid Esclava, Fanny Estevez, Sheila Faulkner, Carol A. Fehrman, Omequa Fell, Sandra Fernandez, Denise Ferrentino, Barbara M. Fleming, J. Miriam Flores, Loretta S. Foster, Michele Frederick, Caroline Gabel, Dharmattee Gaffoor, Luzby Sofia Gallego, Brenda Gasparo, Lillian Gates, Aurilda Gerena, Carmen Gerena, Laura Giammarino, Theresa Godden, Sandra Gomez, Basilia Pichardo Gonzalez, Maribel Gonzalez, Julia Goodwine, Renee D. Green, Rita Grimaudo, Cynthia Hair, Tasean Hayward, Josephine Henry, Sally Hernandez, Queta Hernandez, Marina Hernandez, Kathleen Horn, Lutchmin Horripersad, Nicole Hyppolite, Denise Jackson, Tanya Jilly, Kim A. Johnson, Sharlone Jones, Doris Jones, Necla F. Kasal, Frances Kikis, Rachel King, Hattie Kirk, Diana Labra, Sandy Lee, Helen Lewis, Rosa Liranzo, Reddi Loganaden, Pauline V. Lomax, Debra Lomax, Antoinette Y. Long, Elizabeth Lopez, Eileen Lorenzo, Marie Lugo, Elucia Maiorini, Anita Malendez, Maryann Malloy, Teresa Mancino, Beatrice Manigo, Carmela Maniscalco, Leonora Marques, Meriyen Marquez, Gloriann Martinez, Gail Mason, Vanessa McDonald, Donnette McFarlane, Latoya McPhatter, Cecilia Mendez, Rosalina Mercedes,

Catherine Meredith, Eileen E. Merjave, Rosina Miello, Nereida Miranda, Linda Mitchell, Wanda Molina, Sandra Monsalve, Arlinda Monteiro, Wanda Morales, Goda Moustafa, Patricia R. Munro, Dulee Narzan, Dolores A. Naughton, Marie Nelson, Leonora Nunez, Maria Ortiz, Jeannie Pabon, Iris Pabon, Zofia Paladino, Angela Palazzo, Margaret Pandolfini, Maria Papayiannis, Jenny Parra, Patricia Parrella, Cora Parrish, Migdalia Perez, Olga I. Perez, Francine Piro, Kendall Pittman, Antoinette Porcello, Patricia Portis, Hopal Powell, Mary Pratti, Greta Quinn, Wanda Randall, Jean M. Reirdon, Keisha T. Rice, Candace Richmond, Ellen Rigosi, Maritza Rivera-Donald, Rosae L. Riviera, Nelly Rodriguez, Myriam Rojas, Ingrid B. Roldan, Carmen Roman, Denise Rosario, Doris Royal, Lucinda O. Sanchez, Jessica Sanders, Margie Santiago, Tashawn Scotland, Ellen B. Sekulski, Constance Senetas, Jenny Sewnanan, Denisia Simon, Jessie Smith, Felida Smith, Sharon Smith, Donna Spady, Roseann Spero, Angela Spinelli, Ingrid Thomas St. Clair, Calliopi Stamoulis, Joni Stirling, Renee Stokley, Hanna Taveras, Natima Taylor, Patricia Thompson, Ivonne Torres, Carmen L. Torres, Corinna Casiano Torres, Kathryn Turchin, Kelly Underwood, Sujery Valentin, Elsa B. Vargas, Marianela Vazquez, Mayra Vega, Deborah Viera, Michelle White, Angela Wiechels, Shirley Williams, Mary R. Williams, Geraldine Williams, Justine Williams, Mary Wilson, Joan Wilson, Contysha Wright, Nahomy Abellard, Arthurine Abraham, Brenda Adger, Nurjahan Ahmed, Marina Akler, Narima Aktar, Ayesha Akther, Rosa Alers, Cynthine Allen, Eyda Alvarado, Ana Alvarez, Jean Aspiotis, Ana Atancuri, Cherisse Aytch Epps, Maria Bachiller, Katy Badia, Carol Baeder Mendez, Sharon Ballestero, Kataryna Barglowska, Josephine Bargos, Sonia Batista, Maya Bauer, Valerie Bell, Suzanne Berthe, Mary Ann Berto, Claudia Betancourt, Gale Blackwell, Jean Bloise, Iris Borges, Julia Bravo, Donna Brisbane, Margaret Brown, Shirley Brown, Melody Browne, Rosa Browne, Ganell Bryant, Asuncion Burgos, JoAnn Burzo, Maria Cadet-Lombardo,

Bernadette Caffiero, Michelle Cameron, Chiffon Campbell, Sofia Cantalino, Agnes Carey, Corinna Casiana Torres, Galya Castillo, Diane Castronuovo, Casilda Chalvisan, Cherie Chandler, Rose Charles, Michele Chesnicka, Gwendolyn Chestnut, Bealina China, Robin Chisolm, Teresa Cioffi, Kimberly Cirillo, Christine Civitano, Rosa Colindres, Maria Colon, Aida Colon Lopez, Nairovy Colon Lopez, Marilyn Colthirst, Tonia Contino, Alexandra Correa, Diana Cortez, Elisa Croom, Carmen Cruz, Magdalena Cruz, Marta Cruz, Linda Culotta, Andrea Culotto, Gret Cunningham, Jennifer D'Amico, Shipra Das, Kathleen Daunt, Maria Davila, Viola Davis, Navia De Aza, Maria De Los Angelos, Valerie Dean, Belkis Delacruz, Audreth Delgado, Serafina Dilorenzo, Josephine DiMartino-Loffredo, Carmen Donovan, Shamim Dora, Irma Downes, Patricia Dragu, Nickeisha Edwards, Yvette Edwards, Irena Erichsen, Elizabeth Escalante, Reyna Espinal, Adriana Estevex-Fortuna, Ann Marie Evangelista, Zena Evans-Williams, Maria Fallacaro, Elda Felder, Claudette Felix, Denise Ferrante, Doreen Ferrone, Lori Ficarra, Homayre Flores, Jenny Flores, Nilsa Flores, Stephanie Fonte, Loretta Forde, Mary Ann Forte, Jessika Foster, Julia Foster, Sandra Franklin, Digna Galarza, Amelia Garcia, Dalila Garcia, Janet Garcia, Lissette Garcia, Thelma Glover, Aracelis Gomez, Silvia Gomez, Sylvia Gonzalez, Beverly Goodridge, Cynthia Gopaul, Marjorie Gopaul, Lorraine Gordon, Patricia Gordon, Anastasia Goulas, Louella Graham, Erica Grant, Patricia Green, Alicia Grizzle, Laurie Grosseto, Alejandra Guan, Angela Gutierrez, Joyce Hall, Carline Hamiton, Andrea Haney, Aprillyn Hardy, Brenda Harris, Gina Harroo, Nnenna Harvey, Nancy Hauger, Ana Hernandez, Debra Hernandez, Tinese Hixon, Catherine Homsi, Nasrin Hossain, Elaine Huff, Brenda Inge, Kishah Ingram, Frangula Ioannidis, Teodora Isidero, Dianna Jackson, Creola James, Mary James, Donna Jaslow, Dazzare Jefferson, Carla Jimbo, Tanya Jolly, Kim Jordan, Elveen Jourdain, Evangelia Karamanos, Israt Khan, Marcia Khan, Ruhitun Khatun, Rehana Khan, Elsie

Klimowich, Rekha Kormakar, Melanie Lam, Lori Lamirata, Martina Laney, Iris Lantigua, Jennifer LaPlaca, Denise Lawson, Georgette Lee, Lucia Levy, Margaret Livingston, Natasha Livingston, Tiffany Loarte, Marie Lombardo, Gloria Losito, Kathleen Ludwig, Maria Lugo, Randi Madison, Cindy Maffeo, Diane Maharaj, Mildred Maisonet, Elizabeth Maldonado, Rita Mangieri, JoAnn Mantagas, Patricia Margiotta, Laura Marra, Dulce Marsan, Deborah Martinez, Mayra Martinez, Rita Mascia, Lorraine Masiello, Evangelia Masouridis, Marianne Matteo, Linda Mauro, Cora Maybank, Zsa-Zsa Mays, Francesca Mazza, Clarice Mazzella, Karen McAllister, Gina McAuslond, Theresa McDonald, Marjorie McGinn, Maria Medina, Maribel Medina, Sorellys Medina, Ellen Mendez, Aida Mercado, Phyllis Miles, Nesia Miller, Michelle Miranda, Ann Marie Misiti, April Morales, Jeanette Morales, Luz Morales, Martha Morales, Sheila Morgan, Melinda Morton, Josephina Moss, Jennifer Moulton-Young, Maribel Moyeno, Marian Murphy, Deborah Musella, Virginia Narciso, Elaine Ng, Grace O'Malley, Lorraine Oriente, Lisa Ortiz, Luz Ortiz, Lydia Ortiz, Emma Pagliaro, Jennifer Pankowski, Peshiah Patterson, Brenda Pennix, Diana Perez, Jeannette Perez, Maria Placido, Annabelle Ponce, Elizabeth Popick, Patronella Prescod, Parvin Rahim, Chandra Ramdial, Filomena Rasole, Thavamani Raveenthirarajah, Petergay Ray, Rosemarie Reda, Ivy Reid, Janet Renschler, Angela Reyes, Belkis Reyes, Mildred Reyes, Yadisa Reyes, Gail Richardson, Marilyn Richardson, Liliana Rivera, Deidra Rivers, Gina Rivers, Rosemarie Roberts, Catherine Roche, Clara Rodriguez, Lisette Rodriguez, Lydia Rodriguez, Maria Rodriguez, Miladys Rodriguez, Lisce Roger, Dulce Rojas, Nancy Roldan, Jessica Romero, Carlota Rooke, Doris Rosario, Sandra Rowell, Debra Rubinsky, Crystal Ruiz, Petra Ruiz, Popy Saha, Guangelia Sakkas, Nicoletta Sakkas, Bibi Samad, Maryuri Sanchez, Leila Sanders, Evelyn Sanford, Maria Santana, Solmaritza Santiago, Mariana Sauretti, Roe Ann Schussel, Christina Sclafani, Phyllis Scott,

Marie Scribani, Migdalia Seda, Lissette Serrano, Constance Servetas, Cynthia Sferruzza, Michelle Sheard, Shirley Sherrill, Luisa Sierra, Avice Simon, Kristal Singh, Yolande Skerritt, Geurlaine Small, Andrea Smalls, Ana Soto, Melinda Soto, Annie Southerland, Denise Spencer, Diane Spoto, Catherine Spruill, Carmela Squarciafico, Robin Sroka, Jacqueline Sutherland, Barbara Szalewicz, Diana Tabales, Margaret Tartaro, Cheryl Thomas, Corolia Thomas, Kathy Thomas, Tonya Thomas, Aretha Thompson, Melania Tolentino, Evelyn Torres, Sonia Torres, Yvette Travis, Theresa Trimarco, Johanny Vanegas, Luz Vargas, Zaida Vargas, Karen Veal, Shenay Venable, Elena Villao, Marianne Volberg, Patricia Wallace, Daisy Walls, Carol Walston, Joanna Wared, Catherine Washington, Deborah Washington, Tonia Washington, Carol Watson, Cassandra White, Cheryl Whyte, Veronica Wilson, Audrey Wright-Simon, Maria Yarlinez, Yue Zhu, and Antoinette Zuardo, for their Complaint against Defendant, by their undersigned attorneys, allege as follows:

## INTRODUCTION

1. This is an individual, class and collective action for injunctive, monetary and other relief brought by School Crossing Guards who were employed by the City of New York, to set right the effects of decades long economic mistreatment directed at the City's School Crossing Guards, who are predominately female and are treated unfairly because they are women.

2. School Crossing Guards, are paid significantly less than Level II Traffic Enforcement Agents ("TEA IIs") of the New York City Police Department's Traffic Enforcement Division ("TED"). TEA IIs perform substantially equal work requiring equal skill, effort and responsibility as School Crossing Guards, to wit, the direction of traffic at intersections and/or congested traffic bottlenecks in lieu of or supplemental to traffic direction

given by signals and or signage, to provide for the safe transit of motorists, bicyclists, and pedestrians.

3. Despite the similarities in their duties, the one class of City employees which is predominately staffed by males, TEA IIs, are paid significantly more per hour and annually than School Crossing Guards who are predominately female.

4. This disparity in pay has been knowingly carried out by the City, which has shown a reckless disregard to the large disparity in pay between male and female employees who carry out the same duties.

## JURISDICTION AND VENUE

5. The jurisdiction of this Court is invoked pursuant to the Equal Pay Act of the FLSA, 29 U.S.C. § 206, *et seq*., and Sections 1331 and 1367 of Title 28 of the United States Code. This Court's pendent jurisdiction is also invoked.

6. This action is brought in this District pursuant to 28 U.S.C. § 1391(b).

## PARTIES

7. Plaintiff Shirley Miller is a resident of New York, New York, and serves as the School Crossing Guards chairperson for NYC Board of Education Employees Local 372, AFSCME.

8. Plaintiff Sandra Fowler is a resident of New York, New York, and serves as Sergeant at Arms for NYC Board of Education Employees Local 372, AFSCME.

9. Plaintiff Gelsomina Acierno is a resident of Brooklyn, New York.

10. Plaintiff Linda Alfonso is a resident of Brooklyn, New York.

11. Plaintiff Margaret Alini is a resident of Brooklyn, New York.

12. Plaintiff Cathy Aliperti is a resident of Forest Hills, New York.

13. Plaintiff Theresa Alston is a resident of Bronx, New York.

14. Plaintiff Maritza A. Apolito is a resident of Astoria, New York.

15. Plaintiff Ada Aponte is a resident of Long Island City, New York.

16. Plaintiff Magdaline Arce is a resident of Brooklyn, New York.

17. Plaintiff Eleesha Austin-Waithe is a resident of Brooklyn, New York.

18. Plaintiff Cynthia E. Avilez is a resident of Brooklyn, New York.

19. Plaintiff Marisol Ayala is a resident of Brooklyn, New York.

20. Plaintiff Braidwatie Baiju is a resident of Jamaica, New York.

21. Plaintiff Priscilla Baker is a resident of Brooklyn, New York.

22. Plaintiff Bernardine Balestriere is a resident of Brooklyn, New York.

23. Plaintiff Betty Bang is a resident of New York, New York.

24. Plaintiff Evelyn Barriera is a resident of Brooklyn, New York.

25. Plaintiff Dorothy Barsilico is a resident of Sunnyside, New York.

26. Plaintiff Andrea Batiste is a resident of Bronx, New York.

27. Plaintiff Stephanie Battaglia-Jennings is a resident of Brooklyn, New York.

28. Plaintiff Amina Begun is a resident of Brooklyn, New York.

29. Plaintiff Acelita Benitez is a resident of New York, New York.

30. Plaintiff Grace Ann Billotto is a resident of Brooklyn, New York.

31. Plaintiff Altonia Bilynch is a resident of New York, New York.

32. Plaintiff Angelica N. Blake is a resident of New York, New York.

33. Plaintiff Lisa Bonner is a resident of Brooklyn, New York.

34. Plaintiff Elizabeth Bonomolo is a resident of Brooklyn, New York.

35. Plaintiff Doloris Bradley is a resident of Brooklyn, New York.

36. Plaintiff Shonda Bradshaw is a resident of Brooklyn, New York.

37. Plaintiff Toni Broda is a resident of Sunnyside, New York.

38. Plaintiff Roberta Brown is a resident of Brooklyn, New York.

39. Plaintiff Dorette E. Burton is a resident of Brooklyn, New York.

40. Plaintiff Bevean Cabralis-Bridges is a resident of Staten Island, New York.

41. Plaintiff Janette Callender is a resident of Brooklyn, New York.

42. Plaintiff Itzi Carrillo is a resident of New York, New York.

43. Plaintiff Pamela Casey is a resident of Brooklyn, New York.

44. Plaintiff Agnes Casey is a resident of Brooklyn, New York.

45. Plaintiff Monique Castro is a resident of New York, New York.

46. Plaintiff Michele Catalano is a resident of Brooklyn, New York.

47. Plaintiff Maribel Cedeno is a resident of New York, New York.

48. Plaintiff Yashira Centeno is a resident of New York, New York.

49. Plaintiff Jennifer Cero is a resident of Forest Hills, New York.

50. Plaintiff Juanita Champagne is a resident of Brooklyn, New York.

51. Plaintiff Mei Chen is a resident of Brooklyn, New York.

52. Plaintiff Tobie Childs is a resident of New York, New York.

53. Plaintiff Yolanda J. Clowney is a resident of Corona, New York.

54. Plaintiff Latarsha A. Cooke is a resident of New York, New York.

55. Plaintiff Nadine Cordes is a resident of Brooklyn, New York.

56. Plaintiff Lisa Costigliacci is a resident of Brooklyn, New York.

57. Plaintiff Regina Cotto is a resident of Bronx, New York.

58. Plaintiff Mary Cox is a resident of Jackson Heights, New York.

59. Plaintiff Marcella Cruz is a resident of Brooklyn, New York.

60. Plaintiff Debbie Daniel is a resident of New York, New York.

61. Plaintiff Eti Das is a resident of East Elmhurst, New York.

62. Plaintiff Yomayra Deleon is a resident of Bronx, New York.

63. Plaintiff Reina Delgado is a resident of Staten Island, New York.

64. Plaintiff Miriam E. Diaz is a resident of Bronx, New York.

65. Plaintiff Surujdei Dilchand is a resident of Queens, New York.

66. Plaintiff Fanka Drop is a resident of New York, New York.

67. Plaintiff Michelle Dunston is a resident of Corona, New York.

68. Plaintiff Cynthia Edwards is a resident of New York, New York.

69. Plaintiff Rose Ellison is a resident of Brooklyn, New York.

70. Plaintiff Rodaid Esclava is a resident of Forest Hills, New York.

71. Plaintiff Fanny Estevez is a resident of New York, New York.

72. Plaintiff Sheila Faulkner is a resident of Bronx, New York.

73. Plaintiff Carol A. Fehrman is a resident of Sunnyside, New York.

74. Plaintiff Omequa Fell is a resident of New York, New York.

75. Plaintiff Sandra Fernandez is a resident of New York, New York.

76. Plaintiff Denise Ferrentino is a resident of Brooklyn, New York.

77. Plaintiff Barbara M. Fleming is a resident of Far Rockaway, New York.

78. Plaintiff J. Miriam Flores is a resident of Astoria, New York.

79. Plaintiff Loretta S. Foster is a resident of Brooklyn, New York.

80. Plaintiff Michele Frederick is a resident of Bronx, New York.

81. Plaintiff Caroline Gabel is a resident of Forest Hills, New York.

82. Plaintiff Dharmattee Gaffoor is a resident of Richmond Hill, New York.

83. Plaintiff Luzby Sofia Gallego is a resident of Woodside, New York.

84. Plaintiff Brenda Gasparo is a resident of Corona, New York.

85. Plaintiff Lillian Gates is a resident of Far Rockaway, New York.

86. Plaintiff Aurilda Gerena is a resident of New York, New York.

87. Plaintiff Carmen Gerena is a resident of Brooklyn, New York.

88. Plaintiff Laura Giammarino is a resident of Brooklyn, New York.

89. Plaintiff Theresa Godden is a resident of College Point, New York.

90. Plaintiff Sandra Gomez is a resident of Woodside, New York.

91. Plaintiff Basilia Pichardo Gonzalez is a resident of Brooklyn, New York.

92. Plaintiff Maribel Gonzalez is a resident of Bronx, New York.

93. Plaintiff Julia Goodwine is a resident of New York, New York.

94. Plaintiff Renee D. Green is a resident of New York, New York.

95. Plaintiff Rita Grimaudo is a resident of Brooklyn, New York.

96. Plaintiff Cynthia Hair is a resident of Brooklyn, New York.

97. Plaintiff Tasean Hayward is a resident of Bronx, New York.

98. Plaintiff Josephine Henry is a resident of New York, New York.

99. Plaintiff Sally Hernandez is a resident of Bronx, New York.

100. Plaintiff Queta Hernandez is a resident of New York, New York.

101. Plaintiff Marina Hernandez is a resident of Brooklyn, New York.

102. Plaintiff Kathleen Horn is a resident of Brooklyn, New York.

103. Plaintiff Lutchmin Horripersad is a resident of Bronx, New York.

104. Plaintiff Nicole Hyppolite is a resident of New York, New York.

105. Plaintiff Denise Jackson is a resident of Brooklyn, New York.

106. Plaintiff Tanya Jilly is a resident of Bronx, New York.

107. Plaintiff Kim A. Johnson is a resident of Brooklyn, New York.

108. Plaintiff Sharlone Jones is a resident of New York, New York.

109. Plaintiff Doris Jones is a resident of New York, New York.

110. Plaintiff Necla F. Kasal is a resident of Forest Hills, New York.

111. Plaintiff Frances Kikis is a resident of Whitestone, New York.

112. Plaintiff Rachel King is a resident of New York, New York.

113. Plaintiff Hattie Kirk is a resident of New York, New York.

114. Plaintiff Diana Labra is a resident of New York, New York.

115. Plaintiff Sandy Lee is a resident of Brooklyn, New York.

116. Plaintiff Helen Lewis is a resident of New York, New York.

117. Plaintiff Rosa Liranzo is a resident of New York, New York.

118. Plaintiff Reddi Loganaden is a resident of Corona, New York.

119. Plaintiff Pauline V. Lomax is a resident of Bronx, New York.

120. Plaintiff Debra Lomax is a resident of Bronx, New York.

121. Plaintiff Antoinette Y. Long is a resident of Brooklyn, New York.

122. Plaintiff Elizabeth Lopez is a resident of New York, New York.

123. Plaintiff Eileen Lorenzo is a resident of Brooklyn, New York.

124. Plaintiff Marie Lugo is a resident of New York, New York.

125. Plaintiff Elucia Maiorini is a resident of Staten Island, New York.

126. Plaintiff Anita Malendez is a resident of Brooklyn, New York.

127. Plaintiff Maryann Malloy is a resident of Brooklyn, New York.

128. Plaintiff Teresa Mancino is a resident of Brooklyn, New York.

129. Plaintiff Beatrice Manigo is a resident of New York, New York.

130. Plaintiff Carmela Maniscalco is a resident of Brooklyn, New York.

131. Plaintiff Leonora Marques is a resident of Bronx, New York.

132. Plaintiff Meriyen Marquez is a resident of New York, New York.

133. Plaintiff Gloriann Martinez is a resident of Brooklyn, New York.

134. Plaintiff Gail Mason is a resident of Springfield Gardens, New York.

135. Plaintiff Vanessa McDonald is a resident of New York, New York.

136. Plaintiff Donnette McFarlane is a resident of New York, New York.

137. Plaintiff Latoya McPhatter is a resident of Staten Island, New York.

138. Plaintiff Cecilia Mendez is a resident of New York, New York.

139. Plaintiff Rosalina Mercedes is a resident of Bronx, New York.

140. Plaintiff Catherine Meredith is a resident of New York, New York.

141. Plaintiff Eileen E. Merjave is a resident of Brooklyn, New York.

142. Plaintiff Rosina Miello is a resident of New York, New York.

143. Plaintiff Nereida Miranda is a resident of Brooklyn, New York.

144. Plaintiff Linda Mitchell is a resident of Brooklyn, New York.

145. Plaintiff Wanda Molina is a resident of Brooklyn, New York.

146. Plaintiff Sandra Monsalve is a resident of Brooklyn, New York.

147. Plaintiff Arlinda Monteiro is a resident of New York, New York.

148. Plaintiff Wanda Morales is a resident of Bronx, New York.

149. Plaintiff Goda Moustafa is a resident of Brooklyn, New York.

150. Plaintiff Patricia R. Munro is a resident of Jamaica, New York.

151. Plaintiff Dulee Narzan is a resident of New York, New York.

152. Plaintiff Dolores A. Naughton is a resident of Woodside, New York.

153. Plaintiff Marie Nelson is a resident of Brooklyn, New York.

154. Plaintiff Leonora Nunez is a resident of Brooklyn, New York.

155. Plaintiff Maria Ortiz is a resident of New York, New York.

156. Plaintiff Jeannie Pabon is a resident of Brooklyn, New York.

157. Plaintiff Iris Pabon is a resident of New York, New York.

158. Plaintiff Zofia Paladino is a resident of Brooklyn, New York.

159. Plaintiff Angela Palazzo is a resident of Brooklyn, New York.

160. Plaintiff Margaret Pandolfini is a resident of Maspeth, New York.

161. Plaintiff Maria Papayiannis is a resident of Brooklyn, New York.

162. Plaintiff Jenny Parra is a resident of New York, New York.

163. Plaintiff Patricia Parrella is a resident of Brooklyn, New York.

164. Plaintiff Cora Parrish is a resident of New York, New York.

165. Plaintiff Migdalia Perez is a resident of Brooklyn, New York.

166. Plaintiff Olga I. Perez is a resident of Brooklyn, New York.

167. Plaintiff Francine Piro is a resident of Brooklyn, New York.

168. Plaintiff Kendall Pittman is a resident of New York, New York.

169. Plaintiff Antoinette Porcello is a resident of New York, New York.

170. Plaintiff Patricia Portis is a resident of Jamaica, New York.

171. Plaintiff Hopal Powell is a resident of Brooklyn, New York.

172. Plaintiff Mary Pratti is a resident of Brooklyn, New York.

173. Plaintiff Greta Quinn is a resident of Brooklyn, New York.

174. Plaintiff Wanda Randall is a resident of Bronx, New York.

175. Plaintiff Jean M. Reirdon is a resident of Woodside, New York.

176. Plaintiff Keisha T. Rice is a resident of Brooklyn, New York.

177. Plaintiff Candace Richmond is a resident of Brooklyn, New York.

178. Plaintiff Ellen Rigosi is a resident of Ridgewood, New York.

179. Plaintiff Maritza Rivera-Donald is a resident of Bronx, New York.

180. Plaintiff Rosae L. Riviera is a resident of Staten Island, New York.

181. Plaintiff Nelly Rodriguez is a resident of Brooklyn, New York.

182. Plaintiff Myriam Rojas is a resident of Malverne, New York.

183. Plaintiff Ingrid B. Roldan is a resident of New York, New York.

184. Plaintiff Carmen Roman is a resident of Brooklyn, New York.

185. Plaintiff Denise Rosario is a resident of Bronx, New York.

186. Plaintiff Doris Royal is a resident of Brooklyn, New York.

187. Plaintiff Lucinda O. Sanchez is a resident of Staten Island, New York.

188. Plaintiff Jessica Sanders is a resident of Bronx, New York.

189. Plaintiff Margie Santiago is a resident of New York, New York.

190. Plaintiff Tashawn Scotland is a resident of Bronx, New York.

191. Plaintiff Ellen B. Sekulski is a resident of College Point, New York.

192. Plaintiff Constance Senetas is a resident of New York, New York.

193. Plaintiff Jenny Sewnanan is a resident of Glendale, New York.

194. Plaintiff Denisia Simon is a resident of New York, New York.

195. Plaintiff Jessie Smith is a resident of Brooklyn, New York.

196. Plaintiff Felida Smith is a resident of Brooklyn, New York.

197. Plaintiff Sharon Smith is a resident of Brooklyn, New York.

198. Plaintiff Donna Spady is a resident of Long Island City, New York.

199. Plaintiff Roseann Spero is a resident of Brooklyn, New York.

200. Plaintiff Angela Spinelli is a resident of Brooklyn, New York.

201. Plaintiff Ingrid Thomas St. Clair is a resident of Brooklyn, New York.

202. Plaintiff Calliopi Stamoulis is a resident of Brooklyn, New York.

203. Plaintiff Joni Stirling is a resident of Woodside, New York.

204. Plaintiff Renee Stokley is a resident of Brooklyn, New York.

205. Plaintiff Hanna Taveras is a resident of New York, New York.

206. Plaintiff Natima Taylor is a resident of Brooklyn, New York.

207. Plaintiff Patricia Thompson is a resident of Brooklyn, New York.

208. Plaintiff Ivonne Torres is a resident of Woodside, New York.

209. Plaintiff Carmen L. Torres is a resident of New York, New York.

210. Plaintiff Corinna Casiano Torres is a resident of Bronx, New York.

211. Plaintiff Kathryn Turchin is a resident of Staten Island, New York.

212. Plaintiff Kelly Underwood is a resident of New York, New York.

213. Plaintiff Sujery Valentin is a resident of New York, New York.

214. Plaintiff Elsa B. Vargas is a resident of Brooklyn, New York.

215. Plaintiff Marianela Vazquez is a resident of New York, New York.

216. Plaintiff Mayra Vega is a resident of Jamaica, New York.

217. Plaintiff Deborah Viera is a resident of Brooklyn, New York.

218. Plaintiff Michelle White is a resident of Brooklyn, New York.

219. Plaintiff Angela Wiechels is a resident of Brooklyn, New York.

220. Plaintiff Shirley Williams is a resident of Brooklyn, New York.

221. Plaintiff Mary R. Williams is a resident of Brooklyn, New York.

222. Plaintiff Geraldine Williams is a resident of New York, New York.

223. Plaintiff Justine Williams is a resident of Brooklyn, New York.

224. Plaintiff Mary Wilson is a resident of New York, New York.

225. Plaintiff Joan Wilson is a resident of Jamaica, New York.

226. Plaintiff Contysha Wright is a resident of Brooklyn, New York.

227. Plaintiff Nahomy Abellard is a resident of Queens Village, New York.

228. Plaintiff Arthurine Abraham is a resident of Far Rockaway, New York.

229. Plaintiff Brenda Adger is a resident of Bronx, New York.

230. Plaintiff Nurjahan Ahmed is a resident of Jamaica, New York.

231. Plaintiff Marina Akler is a resident of Jamaica, New York.

232. Plaintiff Narima Aktar is a resident of Brooklyn, New York.

233. Plaintiff Ayesha Akther is a resident of Jamaica, New York.

234. Plaintiff Rosa Alers is a resident of Queens, New York.

235. Plaintiff Cynthine Allen is a resident of Brooklyn, New York.

236. Plaintiff Eyda Alvarado is a resident of South Ozone Park, New York.

237. Plaintiff Ana Alvarez is a resident of Corona, New York.

238. Plaintiff Jean Aspiotis is a resident of Brooklyn, New York.

239. Plaintiff Ana Atancuri is a resident of Corona, New York.

240. Plaintiff Cherisse Aytch Epps is a resident of Bronx, New York.

241. Plaintiff Maria Bachiller is a resident of Bronx, New York.

242. Plaintiff Katy Badia is a resident of New York, New York.

243. Plaintiff Carol Baeder Mendez is a resident of Brooklyn, New York.

244. Plaintiff Sharon Ballestero is a resident of Staten Island, New York.

245. Plaintiff Kataryna Barglowska is a resident of Brooklyn, New York.

246. Plaintiff Josephine Bargos is a resident of Elmhurst, New York.

247. Plaintiff Sonia Batista is a resident of New York, New York.

248. Plaintiff Maya Bauer is a resident of Brooklyn, New York.

249. Plaintiff Valerie Bell is a resident of Staten Island, New York.

250. Plaintiff Suzanne Berthe is a resident of Brooklyn, New York.

251. Plaintiff Mary Ann Berto is a resident of Staten Island, New York.

252. Plaintiff Claudia Betancourt is a resident of Woodside, New York.

253. Plaintiff Gale Blackwell is a resident of Brooklyn, New York.

254. Plaintiff Jean Bloise is a resident of Staten Island, New York.

255. Plaintiff Iris Borges is a resident of Bronx, New York.

256. Plaintiff Julia Bravo is a resident of Astoria, New York.

257. Plaintiff Donna Brisbane is a resident of Jamaica, New York.

258. Plaintiff Margaret Brown is a resident of Jamaica, New York.

259. Plaintiff Shirley Brown is a resident of Rosedale, New York.

260. Plaintiff Melody Browne is a resident of New York, New York.

261. Plaintiff Rosa Browne is a resident of Malverne, New York.

262. Plaintiff Ganell Bryant is a resident of Richmond Hill, New York.

263. Plaintiff Asuncion Burgos is a resident of Bellerose, New York.

264. Plaintiff JoAnn Burzo is a resident of Staten Island, New York.

265. Plaintiff Maria Cadet-Lombardo is a resident of St. Albans, New York.

266. Plaintiff Bernadette Caffiero is a resident of Staten Island, New York.

267. Plaintiff Michelle Cameron is a resident of Staten Island, New York.

268. Plaintiff Chiffon Campbell is a resident of Bronx, New York.

269. Plaintiff Sofia Cantalino is a resident of Staten Island, New York.

270. Plaintiff Agnes Carey is a resident of Staten Island, New York.

271. Plaintiff Corinna Casiana Torres is a resident of Bronx, New York.

272. Plaintiff Galya Castillo is a resident of South Richmond Hill, New York.

273. Plaintiff Diane Castronuovo is a resident of Staten Island, New York.

274. Plaintiff Casilda Chalvisan is a resident of Bronx, New York.

275. Plaintiff Cherie Chandler is a resident of Jamaica, New York.

276. Plaintiff Rose Charles is a resident of Rosedale, New York.

277. Plaintiff Michele Chesnicka is a resident of Brooklyn, New York.

278. Plaintiff Gwendolyn Chestnut is a resident of Brooklyn, New York.

279. Plaintiff Bealina China is a resident of New York, New York.

280. Plaintiff Robin Chisolm is a resident of Brooklyn, New York.

281. Plaintiff Teresa Cioffi is a resident of Staten Island, New York.

282. Plaintiff Kimberly Cirillo is a resident of Brooklyn, New York.

283. Plaintiff Christine Civitano is a resident of Staten Island, New York.

284. Plaintiff Rosa Colindres is a resident of Brooklyn, New York.

285. Plaintiff Maria Colon is a resident of Brooklyn, New York.

286. Plaintiff Aida Colon Lopez is a resident of Bronx, New York.

287. Plaintiff Nairovy Colon Lopez is a resident of Bronx, New York.

288. Plaintiff Marilyn Colthirst is a resident of Brooklyn, New York.

289. Plaintiff Tonia Contino is a resident of Ozone Park, New York.

290. Plaintiff Alexandra Correa is a resident of Jamaica, New York.

291. Plaintiff Diana Cortez is a resident of Elmhurst, New York.

292. Plaintiff Elisa Croom is a resident of Brooklyn, New York.

293. Plaintiff Carmen Cruz is a resident of Bronx, New York.

294. Plaintiff Magdalena Cruz is a resident of New York, New York.

295. Plaintiff Marta Cruz is a resident of Hollis, New York.

296. Plaintiff Linda Culotta is a resident of Staten Island, New York.

297. Plaintiff Andrea Culotto is a resident of Staten Island, New York.

298. Plaintiff Gret Cunningham is a resident of Bronx, New York.

299. Plaintiff Jennifer D'Amico is a resident of Staten Island, New York.

300. Plaintiff Shipra Das is a resident of Jamaica, New York.

301. Plaintiff Kathleen Daunt is a resident of Staten Island, New York.

302. Plaintiff Maria Davila is a resident of Bronx, New York.

303. Plaintiff Viola Davis is a resident of Hollis, New York.

304. Plaintiff Navia De Aza is a resident of Bronx, New York.

305. Plaintiff Maria De Los Angelos is a resident of New York, New York.

306. Plaintiff Valerie Dean is a resident of Queens, New York.

307. Plaintiff Belkis Delacruz is a resident of New York, New York.

308. Plaintiff Audreth Delgado is a resident of New York, New York.

309. Plaintiff Serafina Dilorenzo is a resident of Brooklyn, New York.

310. Plaintiff Josephine DiMartino-Loffredo is a resident of Brooklyn, New York.

311. Plaintiff Carmen Donovan is a resident of Bronx, New York.

312. Plaintiff Shamim Dora is a resident of Jamaica, New York.

313. Plaintiff Irma Downes is a resident of St. Albans, New York.

314. Plaintiff Patricia Dragu is a resident of Brooklyn, New York.

315. Plaintiff Nickeisha Edwards is a resident of Jamaica, New York.

316. Plaintiff Yvette Edwards is a resident of New York, New York.

317. Plaintiff Irena Erichsen is a resident of Staten Island, New York.

318. Plaintiff Elizabeth Escalante is a resident of New York, New York.

319. Plaintiff Reyna Espinal is a resident of Long Island City, New York.

320. Plaintiff Adriana Estevex-Fortuna is a resident of New York, New York.

321. Plaintiff Ann Marie Evangelista is a resident of Staten Island, New York.

322. Plaintiff Zena Evans-Williams is a resident of New York, New York.

323. Plaintiff Maria Fallacaro is a resident of Staten Island, New York.

324. Plaintiff Elda Felder is a resident of New York, New York.

325. Plaintiff Claudette Felix is a resident of Hollis, New York.

326. Plaintiff Denise Ferrante is a resident of Staten Island, New York.

327. Plaintiff Doreen Ferrone is a resident of Staten Island, New York.

328. Plaintiff Lori Ficarra is a resident of Staten Island, New York.

329. Plaintiff Homayre Flores is a resident of Brooklyn, New York.

330. Plaintiff Jenny Flores is a resident of New York, New York.

331. Plaintiff Nilsa Flores is a resident of Brooklyn, New York.

332. Plaintiff Stephanie Fonte is a resident of Staten Island, New York.

333. Plaintiff Loretta Forde is a resident of Jamaica, New York.

334. Plaintiff Mary Ann Forte is a resident of Staten Island, New York.

335. Plaintiff Jessika Foster is a resident of New York, New York.

336. Plaintiff Julia Foster is a resident of Brooklyn, New York.

337. Plaintiff Sandra Franklin is a resident of Brooklyn, New York.

338. Plaintiff Digna Galarza is a resident of New York, New York.

339. Plaintiff Amelia Garcia is a resident of Brooklyn, New York.

340. Plaintiff Dalila Garcia is a resident of Queens, New York.

341. Plaintiff Janet Garcia is a resident of New York, New York.

342. Plaintiff Lissette Garcia is a resident of Ozone Park, New York.

343. Plaintiff Thelma Glover is a resident of Bronx, New York.

344. Plaintiff Aracelis Gomez is a resident of New York, New York.

345. Plaintiff Silvia Gomez is a resident of Richmond Hill, New York.

346. Plaintiff Sylvia Gonzalez is a resident of New York, New York.

347. Plaintiff Beverly Goodridge is a resident of New York, New York.

348. Plaintiff Cynthia Gopaul is a resident of Brooklyn, New York.

349. Plaintiff Marjorie Gopaul is a resident of Bronx, New York.

350. Plaintiff Lorraine Gordon is a resident of Brooklyn, New York.

351. Plaintiff Patricia Gordon is a resident of Bronx, New York.

352. Plaintiff Anastasia Goulas is a resident of Brooklyn, New York.

353. Plaintiff Louella Graham is a resident of New York, New York.

354. Plaintiff Erica Grant is a resident of Brooklyn, New York.

355. Plaintiff Patricia Green is a resident of Brooklyn, New York.

356. Plaintiff Alicia Grizzle is a resident of Brooklyn, New York.

357. Plaintiff Laurie Grosseto is a resident of Staten Island, New York.

358. Plaintiff Alejandra Guan is a resident of New York, New York.

359. Plaintiff Angela Gutierrez is a resident of New York, New York.

360. Plaintiff Joyce Hall is a resident of St. Albans, New York.

361. Plaintiff Carline Hamiton is a resident of Brooklyn, New York.

362. Plaintiff Andrea Haney is a resident of Bronx, New York.

363. Plaintiff Aprillyn Hardy is a resident of Bronx, New York.

364. Plaintiff Brenda Harris is a resident of New York, New York.

365. Plaintiff Gina Harroo is a resident of Jamaica, New York.

366. Plaintiff Nnenna Harvey is a resident of Jamaica, New York.

367. Plaintiff Nancy Hauger is a resident of New York, New York.

368. Plaintiff Ana Hernandez is a resident of Brooklyn, New York.

369. Plaintiff Debra Hernandez is a resident of Jamaica, New York.

370. Plaintiff Tinese Hixon is a resident of Jamaica, New York.

371. Plaintiff Catherine Homsi is a resident of Staten Island, New York.

372. Plaintiff Nasrin Hossain is a resident of Jamaica, New York.

373. Plaintiff Elaine Huff is a resident of New York, New York.

374. Plaintiff Brenda Inge is a resident of New York, New York.

375. Plaintiff Kishah Ingram is a resident of New York, New York.

376. Plaintiff Frangula Ioannidis is a resident of New York, New York.

377. Plaintiff Teodora Isidero is a resident of Woodside, New York.

378. Plaintiff Dianna Jackson is a resident of Brooklyn, New York.

379. Plaintiff Creola James is a resident of Queens Village, New York.

380. Plaintiff Mary James is a resident of Brooklyn, New York.

381. Plaintiff Donna Jaslow is a resident of Brooklyn, New York.

382. Plaintiff Dazzare Jefferson is a resident of Bronx, New York.

383. Plaintiff Carla Jimbo is a resident of Brooklyn, New York.

384. Plaintiff Tanya Jolly is a resident of Bronx, New York.

385. Plaintiff Kim Jordan is a resident of Brooklyn, New York.

386. Plaintiff Elveen Jourdain is a resident of Brooklyn, New York.

387. Plaintiff Evangelia Karamanos is a resident of Brooklyn, New York.

388. Plaintiff Israt Khan is a resident of Briarwood, New York.

389. Plaintiff Marcia Khan is a resident of Bronx, New York.

390. Plaintiff Rehana Khan is a resident of New York, New York.

391. Plaintiff Ruhitun Khatun is a resident of Bronx, New York.

392. Plaintiff Elsie Klimowich is a resident of Bronx, New York.

393. Plaintiff Rekha Kormakar is a resident of Elmhurst, New York.

394. Plaintiff Melanie Lam is a resident of Corona, New York.

395. Plaintiff Lori Lamirata is a resident of Staten Island, New York.

396. Plaintiff Martina Laney is a resident of Bronx, New York.

397. Plaintiff Iris Lantigua is a resident of Long Island City, New York.

398. Plaintiff Jennifer LaPlaca is a resident of Staten Island, New York.

399. Plaintiff Denise Lawson is a resident of New York, New York.

400. Plaintiff Georgette Lee is a resident of Brooklyn, New York.

401. Plaintiff Lucia Levy is a resident of Brooklyn, New York.

402. Plaintiff Margaret Livingston is a resident of Jamaica, New York.

403. Plaintiff Natasha Livingston is a resident of Springfield Gardens, New York.

404. Plaintiff Tiffany Loarte is a resident of New York, New York.

405. Plaintiff Marie Lombardo is a resident of St. Albans, New York.

406. Plaintiff Gloria Losito is a resident of Mamaroneck, New York.

407. Plaintiff Kathleen Ludwig is a resident of Brooklyn, New York.

408. Plaintiff Maria Lugo is a resident of New York, New York.

409. Plaintiff Randi Madison is a resident of Ozone Park, New York.

410. Plaintiff Cindy Maffeo is a resident of Staten Island, New York.

411. Plaintiff Diane Maharaj is a resident of Brooklyn, New York.

412. Plaintiff Mildred Maisonet is a resident of Bronx, New York.

413. Plaintiff Elizabeth Maldonado is a resident of Bronx, New York.

414. Plaintiff Rita Mangieri is a resident of Staten Island, New York.

415. Plaintiff JoAnn Mantagas is a resident of Brooklyn, New York.

416. Plaintiff Patricia Margiotta is a resident of New York, New York.

417. Plaintiff Laura Marra is a resident of Staten Island, New York.

418. Plaintiff Dulce Marsan is a resident of New York, New York.

419. Plaintiff Deborah Martinez is a resident of New York, New York.

420. Plaintiff Mayra Martinez is a resident of Bronx, New York.

421. Plaintiff Rita Mascia is a resident of Bronx, New York.

422. Plaintiff Lorraine Masiello is a resident of Staten Island, New York.

423. Plaintiff Evangelia Masouridis is a resident of Brooklyn, New York.

424. Plaintiff Marianne Matteo is a resident of Staten Island, New York.

425. Plaintiff Linda Mauro is a resident of Staten Island, New York.

426. Plaintiff Cora Maybank is a resident of Brooklyn, New York.

427. Plaintiff Zsa-Zsa Mays is a resident of Jamaica, New York.

428. Plaintiff Francesca Mazza is a resident of Brooklyn, New York.

429. Plaintiff Clarice Mazzella is a resident of Staten Island, New York.

430. Plaintiff Karen McAllister is a resident of Brooklyn, New York.

431. Plaintiff Gina McAuslond is a resident of Brooklyn, New York.

432. Plaintiff Theresa McDonald is a resident of Bronx, New York.

433. Plaintiff Marjorie McGinn is a resident of New York, New York.

434. Plaintiff Maria Medina is a resident of Corona, New York.

435. Plaintiff Maribel Medina is a resident of Brooklyn, New York.

436. Plaintiff Sorellys Medina is a resident of New York, New York.

437. Plaintiff Ellen Mendez is a resident of Brooklyn, New York.

438. Plaintiff Aida Mercado is a resident of New York, New York.

439. Plaintiff Phyllis Miles is a resident of New York, New York.

440. Plaintiff Nesia Miller is a resident of St. Albans, New York.

441. Plaintiff Michelle Miranda is a resident of Bronx, New York.

442. Plaintiff Ann Marie Misiti is a resident of Staten Island, New York.

443. Plaintiff April Morales is a resident of Brooklyn, New York.

444. Plaintiff Jeanette Morales is a resident of Bronx, New York.

445. Plaintiff Luz Morales is a resident of Bronx, New York.

446. Plaintiff Martha Morales is a resident of New York, New York.

447. Plaintiff Sheila Morgan is a resident of Jamaica, New York.

448. Plaintiff Melinda Morton is a resident of Bronx, New York.

449. Plaintiff Josephina Moss is a resident of Queens Village, New York.

450. Plaintiff Jennifer Moulton-Young is a resident of Brooklyn, New York.

451. Plaintiff Maribel Moyeno is a resident of New York, New York.

452. Plaintiff Marian Murphy is a resident of Staten Island, New York.

453. Plaintiff Deborah Musella is a resident of Staten Island, New York.

454. Plaintiff Virginia Narciso is a resident of Bronx, New York.

455. Plaintiff Elaine Ng is a resident of Woodhaven, New York.

456. Plaintiff Grace O'Malley is a resident of Staten Island, New York.

457. Plaintiff Lorraine Oriente is a resident of New York, New York.

458. Plaintiff Lisa Ortiz is a resident of Bronx, New York.

459. Plaintiff Luz Ortiz is a resident of Sunnyside, New York.

460. Plaintiff Lydia Ortiz is a resident of Bronx, New York.

461. Plaintiff Emma Pagliaro is a resident of Staten Island, New York.

462. Plaintiff Jennifer Pankowski is a resident of Brooklyn, New York.

463. Plaintiff Peshiah Patterson is a resident of St. Albans, New York.

464. Plaintiff Brenda Pennix is a resident of New York, New York.

465. Plaintiff Diana Perez is a resident of New York, New York.

466. Plaintiff Jeannette Perez is a resident of Brooklyn, New York.

467. Plaintiff Maria Placido is a resident of Jackson Heights, New York.

468. Plaintiff Annabelle Ponce is a resident of Richmond Hill, New York.

469. Plaintiff Elizabeth Popick is a resident of Staten Island, New York.

470. Plaintiff Patronella Prescod is a resident of Averne, New York.

471. Plaintiff Parvin Rahim is a resident of Rego Park, New York.

472. Plaintiff Chandra Ramdial is a resident of Queens, New York.

473. Plaintiff Filomena Rasole is a resident of Staten Island, New York.

474. Plaintiff Thavamani Raveenthirarajah is a resident of Brooklyn, New York.

475. Plaintiff Petergay Ray is a resident of Jamaica, New York.

476. Plaintiff Rosemarie Reda is a resident of Staten Island, New York.

477. Plaintiff Ivy Reid is a resident of Brooklyn, New York.

478. Plaintiff Janet Renschler is a resident of Staten Island, New York.

479. Plaintiff Angela Reyes is a resident of New York, New York.

480. Plaintiff Belkis Reyes is a resident of Corona, New York.

481. Plaintiff Mildred Reyes is a resident of Bronx, New York.

482. Plaintiff Yadisa Reyes is a resident of Queens Village, New York.

483. Plaintiff Gail Richardson is a resident of Bronx, New York.

484. Plaintiff Marilyn Richardson is a resident of New York, New York.

485. Plaintiff Liliana Rivera is a resident of Sunnyside, New York.

486. Plaintiff Deidra Rivers is a resident of New York, New York.

487. Plaintiff Gina Rivers is a resident of New York, New York.

488. Plaintiff Rosemarie Roberts is a resident of Staten Island, New York.

489. Plaintiff Catherine Roche is a resident of New York, New York.

490. Plaintiff Clara Rodriguez is a resident of Bronx, New York.

491. Plaintiff Lisette Rodriguez is a resident of New York, New York.

492. Plaintiff Lydia Rodriguez is a resident of New York, New York.

493. Plaintiff Maria Rodriguez is a resident of New York, New York.

494. Plaintiff Miladys Rodriguez is a resident of New York, New York.

495. Plaintiff Lisce Roger is a resident of Brooklyn, New York.

496. Plaintiff Dulce Rojas is a resident of New York, New York.

497. Plaintiff Nancy Roldan is a resident of New York, New York.

498. Plaintiff Jessica Romero is a resident of Brooklyn, New York.

499. Plaintiff Carlota Rooke is a resident of New York, New York.

500. Plaintiff Doris Rosario is a resident of Bronx, New York.

501. Plaintiff Sandra Rowell is a resident of Staten Island, New York.

502. Plaintiff Debra Rubinsky is a resident of New York, New York.

503. Plaintiff Crystal Ruiz is a resident of New York, New York.

504. Plaintiff Petra Ruiz is a resident of Brooklyn, New York.

505. Plaintiff Popy Saha is a resident of Woodside, New York.

506. Plaintiff Guangelia Sakkas is a resident of Brooklyn, New York.

507. Plaintiff Nicoletta Sakkas is a resident of Brooklyn, New York.

508. Plaintiff Bibi Samad is a resident of Queens Village, New York.

509. Plaintiff Maryuri Sanchez is a resident of Brooklyn, New York.

510. Plaintiff Leila Sanders is a resident of Jamaica, New York.

511. Plaintiff Evelyn Sanford is a resident of Staten Island, New York.

512. Plaintiff Maria Santana is a resident of Bronx, New York.

513. Plaintiff Solmaritza Santiago is a resident of Middle Village, New York.

514. Plaintiff Mariana Sauretti is a resident of Corona, New York.

515. Plaintiff Roe Ann Schussel is a resident of Staten Island, New York.

516. Plaintiff Christina Sclafani is a resident of Brooklyn, New York.

517. Plaintiff Phyllis Scott is a resident of Brooklyn, New York.

518. Plaintiff Marie Scribani is a resident of Staten Island, New York.

519. Plaintiff Migdalia Seda is a resident of Bronx, New York.

520. Plaintiff Lissette Serrano is a resident of Bronx, New York.

521. Plaintiff Constance Servetas is a resident of New York, New York.

522. Plaintiff Cynthia Sferruzza is a resident of Bronx, New York.

523. Plaintiff Michelle Sheard is a resident of Brooklyn, New York.

524. Plaintiff Shirley Sherrill is a resident of Brooklyn, New York.

525. Plaintiff Luisa Sierra is a resident of Bronx, New York.

526. Plaintiff Avice Simon is a resident of Jamaica, New York.

527. Plaintiff Kristal Singh is a resident of S. Richmond Hill, New York.

528. Plaintiff Yolande Skerritt is a resident of Brooklyn, New York.

529. Plaintiff Geurlaine Small is a resident of New York, New York.

530. Plaintiff Andrea Smalls is a resident of New York, New York.

531. Plaintiff Ana Soto is a resident of New York, New York.

532. Plaintiff Melinda Soto is a resident of Brooklyn, New York.

533. Plaintiff Annie Southerland is a resident of Brooklyn, New York.

534. Plaintiff Denise Spencer is a resident of Brooklyn, New York.

535. Plaintiff Diane Spoto is a resident of Staten Island, New York.

536. Plaintiff Catherine Spruill is a resident of Brooklyn, New York.

537. Plaintiff Carmela Squarciafico is a resident of Staten Island, New York.

538. Plaintiff Robin Sroka is a resident of Brooklyn, New York.

539. Plaintiff Jacqueline Sutherland is a resident of Bronx, New York.

540. Plaintiff Barbara Szalewicz is a resident of Brooklyn, New York.

541. Plaintiff Diana Tabales is a resident of Bronx, New York.

542. Plaintiff Margaret Tartaro is a resident of Staten Island, New York.

543. Plaintiff Cheryl Thomas is a resident of Brooklyn, New York.

544. Plaintiff Corolia Thomas is a resident of Brooklyn, New York.

545. Plaintiff Kathy Thomas is a resident of Brooklyn, New York.

546. Plaintiff Tonya Thomas is a resident of Brooklyn, New York.

547. Plaintiff Aretha Thompson is a resident of Brooklyn, New York.

548. Plaintiff Melania Tolentino is a resident of New York, New York.

549. Plaintiff Evelyn Torres is a resident of New York, New York.

550. Plaintiff Sonia Torres is a resident of Far Rockaway, New York.

551. Plaintiff Yvette Travis is a resident of Long Island City, New York.

552. Plaintiff Theresa Trimarco is a resident of Brooklyn, New York.

553. Plaintiff Johanny Vanegas is a resident of Jamaica, New York.

554. Plaintiff Luz Vargas is a resident of Bronx, New York.

555. Plaintiff Zaida Vargas is a resident of New York, New York.

556. Plaintiff Karen Veal is a resident of Jamaica, New York.

557. Plaintiff Shenay Venable is a resident of Queens Village, New York.

558. Plaintiff Elena Villao is a resident of Bronx, New York.

559. Plaintiff Marianne Volberg is a resident of Brooklyn, New York.

560. Plaintiff Patricia Wallace is a resident of Jamaica, New York.

561. Plaintiff Daisy Walls is a resident of Brooklyn, New York.

562. Plaintiff Carol Walston is a resident of New York, New York.

563. Plaintiff Joanna Wared is a resident of Middle Village, New York.

564. Plaintiff Catherine Washington is a resident of West Hempstead, New York.

565. Plaintiff Deborah Washington is a resident of Brooklyn, New York.

566. Plaintiff Tonia Washington is a resident of Brooklyn, New York.

567. Plaintiff Carol Watson is a resident of Queens, New York.

568. Plaintiff Cassandra White is a resident of Brooklyn, New York.

569. Plaintiff Cheryl Whyte is a resident of Queens, New York.

570. Plaintiff Veronica Wilson is a resident of Bronx, New York.

571. Plaintiff Audrey Wright-Simon is a resident of Laurelton, New York.

572. Plaintiff Maria Yarlinez is a resident of Jamaica, New York.

573. Plaintiff Yue Zhu is a resident of Elmhurst, New York.

574. Plaintiff Antoinette Zuardo is a resident of Staten Island, New York.

575. Plaintiffs were at all times School Crossing Guards employed by the City of New York, whose duties included, but were not limited to, the direction of traffic at intersections and/or congested traffic bottlenecks in lieu of, or supplemental to, traffic directions given by signals and or signage, to provide for the safe transit of pedestrians, motorists and bicyclists.

576. Plaintiffs are/were "employees" within the meaning of Section 3(e)(1) of the FLSA, 29 U.S.C. § 203(e)(1) and the New York State and New York City Human Rights Laws.

577. Plaintiffs bring their and state law causes of action on behalf of a class of similarly situated employees, to wit, non-managerial female employees of defendant who within the last three years were employed as School Crossing Guards.

578. Plaintiffs also bring this action as a collective action. Each person similarly situated to the plaintiffs who affirmatively opts into this action by filing a Notice of Consent was also employed by the Defendant within the three years prior to this complaint being filed, as a School Crossing Guard. Each person similarly situated to the plaintiffs who affirmatively opts

into this action by filing a Notice of Consent were School Crossing Guards who performed duties that included, but were not limited to, the direction of traffic at intersections and/or congested traffic bottlenecks in lieu of, or supplemental to, traffic directions given by signals and or signage, to provide for the safe transit of pedestrians, motorists and bicyclists. This action is brought on behalf of plaintiffs above-named and all persons similarly situated who chose to opt in under procedures applicable to wage and hour claims, as determined by the Court.

579. Defendant the City of New York ("NYC") is a New York State municipality with its main offices in the County of New York.

580. Defendant NYC is engaged in interstate commerce, i.e. the consumption, sale, and transport of goods and services originating, in part, from across state-lines.

581. The gross volume of Defendant NYC's sales of goods and services exceeds $500,000.00 annually.

582. Defendant NYC is an "enterprise engaged in commerce" within the meaning of Section 3(s)(1) of the FLSA, 29 U.S.C. § 203(s)(1).

## FACTS RELEVANT TO ALL CLAIMS

### Disparate Pay

583. NYC employs individuals classified as School Crossing Guards to ensure the safe transit of child pedestrians to and from school.

584. School Crossing Guard positions are predominately staffed by females.

585. School Crossing Guards are limited to 5 hour workdays. See Executed Contract: School Crossing Guards, March 3, 2008 to March 2, 2010 ("Crossing Guard CBA"), attached hereto as Exhibit A.

586. School Crossing Guards are uniformed employees of the NYC Police Department ("NYPD").

587. Upon information and belief School Crossing Guards are typically deployed to intersections that see a relatively large volume of children bound to or from a public school entrance.

588. During the hours of the day that School Crossing Guards are employed they are tasked with the direction of traffic at intersections and/or congested traffic bottlenecks in lieu of, or supplemental to, traffic direction given by signals and or signage, to provide for the safe transit of motorists, bicyclists, and pedestrians.

589. Upon information and belief, NYC also employs Level II Traffic Enforcement Agents of the Traffic Enforcement Division to more generally (not necessarily near schools) ensure the safe transit of pedestrians and to ease the flow of traffic in the City.

590. Upon information and belief, TEA IIs are typically deployed to intersections and traffic bottlenecks that see a high volume of motor vehicle traffic.

591. TEA II's are also permitted to work 40 hours or more per week. See Executed Contract" Traffic Enforcement Agents, et al., March 10, 2008 to March 15, 2010 ("TEA CBA"), attached hereto as Exhibit B.

592. TEA IIs are uniformed members of the NYPD.

593. TEA II positions are predominately staffed by males.

594. The dissimilarities between School Crossing Guards and TEA IIs are insubstantial. Upon deployment to the field their job responsibilities and functions are substantially the same: they stand at intersections and aid pedestrians crossing the street.

595. For no reason related to their responsibilities, School Crossing Guards, who are predominately female, are paid significantly less then their predominately male counterparts who are TEA IIs.

596. As of January 2014, the incumbent pay rate for School Crossing Guards, at appointment, is $9.88 per hour. See School Crossing Guard Collective Bargaining Agreement (CBA), Exhibit A, at p.2. The top pay rate, after three years, was $12.90.

597. As of January 2014, the incumbent pay rate for TEA IIs, at appointment, is $31,487, or an effective hourly rate of $15.13 per hour. See Local 1182 CWA CBA, Exhibit B, at p.6. The top pay rate, after one year, was $38,159, an hourly rate of $18.34.

598. This disparity in pay, between predominately female Crossing Guards and predominately male TEA IIs, is a vestige of an era when working as a School Crossing Guard was a job given to women to supplement their family income. The job progressed from the NYC Board of Education to the NYPD as its responsibilities became more like that of TEA IIs. This disparity has been carried forward with the City's full knowledge and is justified only by the desire to "control labor costs."

**Class Allegations**

**A. General Class Allegations**

599. All of the individual Plaintiffs seek to maintain claims on their own behalves as well as on behalf of current and former School Crossing Guards who were/are employed by the City of New York, for violations of the NY State and NYC Human Rights Law, Section 296 of the NY Executive Law, and Section 8707 of the NYC Administrative Code.

600. The Class Representative Plaintiffs and the class of female employees they seek to represent have been subjected to a pattern and practice of gender discrimination, and

employment policies and practices which have had a continuing, unlawful disparate impact on them and their compensation. Such gender discrimination consists of paying School Crossing Guards, who are predominately female, less then their male counterparts who perform substantially the same functions as TEA IIs.

601. Further NYC demonstrates a willful pattern of discrimination against the class members by having full knowledge of the disparity in pay as evidenced by its explicit succession of CBAs that require different rates of pay for the same work.

602. Because of Defendant's pattern or practice of gender discrimination, the Class Representatives and class they seek to represent have been adversely affected and have experienced harm, including the loss of compensation and benefits as well as non-economic damages.

603. The Class Representative and the class have no plain, adequate, or complete remedy at law to redress the wrongs alleged herein, and this is their only means of securing adequate relief. The Class Representatives and the class are now suffering and will continue to suffer irreparable injury for the City's ongoing, unlawful policy of paying Crossing Guards less then TEA IIs, unless that policy is enjoined by this Court.

604. The class consists of all current and former female School Crossing Guards employed by the City of New York during the three years prior to the filing of this complaint. Upon information and belief there are thousands of such persons in the proposed class.

**B. Efficiency of Class Prosecution of Common Claims**

605. Certification of a class of female Crossing Guards is the most efficient and economical means of resolving the questions of law and fact which are common to the claims of the Class Representatives and the proposed class. The individual claims of the Class

Representatives require resolution of the common question of whether NYC has engaged in a systemic pattern and/or practice of gender discrimination against female School Crossing Guards by paying them less then predominately male TEA IIs for doing substantially the same work. The Class Representatives seek remedies to eliminate the adverse effects of such discrimination in their own careers and working conditions as well as those of the proposed class. Plaintiffs have standing to seek such relief because of the adverse effect that such discrimination has had on themselves individually and on female School Crossing Guards in general. In order to gain such relief for themselves, as well as for the class members, Plaintiffs will first establish the existence of systemic gender discrimination as the premise for the relief they seek. Without class certification, the same evidence and issues would be subject to re-litigation in a multitude if individual lawsuits with an attendant risk of inconsistent adjudications and conflicting obligations. Certification of the proposed class of females is the most efficient and judicious means of presenting the evidence and arguments necessary to relieve such questions for the Class Representatives, the proposed class, and the City of New York.

**C. Numerosity and Impracticability of Joinder**

606. The class which the Class Representatives seeks to represent is too numerous to make joinder practicable. Upon information and belief, the proposed class consists of thousands of current and former female NYC School Crossing Guards.

**D. Common Questions of Law and Fact**

607. The prosecution of the claims of the Class Representatives will require the adjudication of numerous questions of law and fact common to both the individual claims and those of the putative class sought.

608. The common questions of law include, *inter alia*: whether NYC has engaged in unlawful, systemic gender discrimination by paying NYC School Crossing Guards, who are predominately female, less then TEA IIs, who are predominately male; whether NYC is liable for continuing systemic violation of the Equal Pay Act and the NY State and NYC Human Rights Laws; and a determination of the proper standards for proving a pattern or practice of discrimination by NYC against female School Crossing Guards.

609. The common questions of fact include, *inter alia*: whether NYC through its policies and procedures (a) compensated female School Crossing Guards less then TEA IIs who are predominately male, (b) whether the responsibilities of School Crossing Guards and TEA IIs are substantially the same, requiring equal skill, effort, and responsibilities, (c) whether one gender dominates the workforce makeup of School Crossing Guards over TEA IIs, and (d) whether NYC had knowledge of any such disparity in workforce composition and/or recklessly disregarded such a disparity.

610. The employment policies that the Class Representatives and class members are subjected to are set by the leadership of the City of New York through its Office of Labor Relations in negotiation with unions and are established in Collective Bargaining Agreements, as such all members of the class are subject to the same policies.

**E. Typicality of Claims and Relief Sought**

611. The claims of Class Representatives are typical of the claims of the class, The relief sought by the Class Representatives for gender discrimination complained of herein is also typical of the relied which is sought on behalf of the class.

612. Like the members of the class, all of the class Representatives are or have worked as School Crossing Guards for the City of New York.

613. Discrimination in compensation affects the compensation of the Class Representatives and all class members in the same exact fashion—all female School Crossing Guards are or have been paid less then TEA IIs, who are largely male, for substantially the same work.

614. The relief necessary to remedy the claims of the Class representatives is exactly the same as that necessary to remedy the claims of the class members in this case.

**F. Adequacy of Representation**

615. The Class Representatives' interests are co-extensive with those of the members of the proposed class. The Class Representatives seek to remedy NYC's discriminatory compensation policies for School Crossing Guards. Plaintiffs are willing and able to represent the proposed class fairly and vigorously as they pursue their won individual claims.

616. The Class Representatives have retained counsel who are qualified, experiences, and able to conduct this litigation and meet the time and fiscal demands required to litigate an employment discrimination class action of this size and complexity. The combined interests, experience, and resources of Plaintiffs' counsel to litigate competently the individual and class claims at issue in this case satisfy the adequacy of representation requirement of FRCP 23(a)(4).

**G. Requirements of Rule 23(b)(2)**

617. NYC has acted on grounds generally applicable to the Class representatives and the class by adopting a systemic policy that sees ALL female Crossing Guards paid less then their largely male counterparts in the TEA IIs for substantially the same exact work. The City's systemic and longstanding abuse have made appropriate the requested final injunctive and declaratory relief with respect to the class as a whole.

618. Injunctive and monetary relief are the predominant relief sought in this case because they are the culmination of the proof that NYC's individual and class wide liability and the essential predicate for the Class Representatives and the class members' entitlement to monetary and non-monetary relief. Declaratory and injunctive relief flow directly and automatically from proof of the common questions of law and fact regarding the existence of systemic gender discrimination against female School Crossing Guards. Such relief is the factual and legal predicate for the Class Representatives' and the class members; entitlement to monetary and non-monetary remedies for individual losses caused by such systemic discrimination.

**H. Requirements of Rule 23(b)(3)**

619. The common issues of law and fact affecting the claims of Class Representatives and the proposed class members, including but not limited to the common issues identified herein, predominate over any issues affecting only individual claims.

620. A class action is superior to other available means for the fair and efficient adjudication of the claims of the Class Representative and members of the proposed class.

621. The cost of proving NYC's pattern and practice of discrimination makes it impracticable for the Class Representatives and members of the proposed class to prosecute their claims individually.

**<u>Collective Action Allegations</u>**

622. Plaintiffs bring collective violations of the EPA as a collective action pursuant to Section 16(b) of the FLSA, 29 U.S.C. § 216(b) on behalf of all members of the gender class – e.g. current, former, and future female School Crossing Guards employed by the City of New York during the 3 years prior to commencement of this action. The EPA action includes all

female School Crossing Guards who were not compensated at an equal rate of pay, by the Defendant, to male TEA IIs who performed substantially the same job functions, including, but not limited to, the direction of traffic at intersections in lieu of, or supplemental to, traffic direction given by signals and or signage, to provide for the safe transit of motorists, bicyclists, and pedestrians.

623. Questions of law and fact common to the EPA Collective Action Plaintiffs as a whole include but are not limited to the following: (a) whether Defendant unlawfully failed and continues to fail to compensate female School Crossing Guards at a level commensurate to similarly situated predominately male TEA IIs, who perform substantially the same job functions; (b) whether that failure violated applicable provisions of the EPA; and (c) whether Defendant's failure to compensate female School Crossing Guards on a par with similarly situated predominately male TEA IIs, who perform the same job functions, was willful within the meaning of the EPA.

624. Counts for violation of the EPA may be brought and maintained as an "opt-in" collective action pursuant to 29 U.S.C. § 216(b), for all claims asserted by the EPA Collective Action Plaintiffs because the claims of Plaintiffs are similar to the claims of the EPA Collective Action Plaintiffs.

625. Plaintiffs and the Collective Action Plaintiffs (a) are similarly situated, *i.e.*, they had or have exactly the same job classification, as School Crossing Guard, and were responsible for the direction of traffic at intersections in lieu of, or supplemental to, traffic direction given by signals and or signage, to provide for the safe transit of pedestrians, motorists, and bicyclists; and (b) were or are subject to the Defendant's common policy of gender discrimination, i.e. paying

predominately female School Crossing Guards at a rate of pay less then that paid to predominately male TEA IIs who perform the same work.

626. The allegations set forth above are incorporated by reference into the causes of action below.

**AS AND FOR A FIRST CAUSE OF ACTION**
**(INDIVIDUAL AND COLLECTIVE ACTION CLAIMS)**

**VIOLATION OF THE FAIR LABOR STANDARDS ACT OF 1938,**
**AS AMENDED BY THE EQUAL PAY ACT OF 1963 -**
**DENIAL OF EQUAL PAY FOR EQUAL WORK**
**29 U.S.C. § 206, et seq.**

627. Defendant, an employer of Plaintiff and the EPA Collective Action Plaintiffs within the meaning of the Equal Pay Act, has discriminated against Plaintiff and EPA Collective Action Plaintiffs in violation of the Fair Labor Standards Act of 1938, 29 U.S.C. § 206, *et seq*., as amended by the Equal Pay Act of 1963 ("EPA"), by subjecting them to unequal pay on the basis of sex.

628. Defendant has discriminated against Plaintiffs and the EPA Collective Action Plaintiffs by treating them differently from and less preferably then similarly-situated TEA IIs of the male dominated TED who performed jobs which required equal skill, effort, and responsibility, and which were performed under almost identical working conditions. Defendant so discriminated by subjecting the Plaintiffs and Collective Action Plaintiffs to lower, discriminatory pay for essentially the same work.

629. Defendant caused, attempted to cause, contributed to, or caused the continuation of, the wage rate discrimination based on sex in violation of the EPA. Moreover, Defendant knew or showed reckless disregard for the fact that its conduct was in violation of the EPA.

630. As a result of Defendant's willful conduct, which continues through to the present day, Plaintiffs and the EPA Collective Action Plaintiffs have suffered and will continue to suffer harm, including but not limited to lost earnings, lost benefits, other financial loss, and non-economic damages.

631. Plaintiffs and the EPA Collective Action Plaintiffs are therefore entitled to all remedies available for violations of the EPA, including liquidated damages for all willful violations.

632. Attorneys' fees should be awarded under 29 U.S.C. § 216, *et seq*.

**AS AND FOR A SECOND CAUSE OF ACTION**
**(INDIVIDUAL AND CLASS CLAIMS)**

**VIOLATION OF NEW YORK EXECUTIVE LAW § 296, subd. 1(a) – GENDER DISCRIMINATION**

633. This Cause of Action is brought on behalf of Plaintiffs and all members of the class

634. Defendant has discriminated against Plaintiffs and all members of the class in violation of Section 296, subdivision 1(a) of the New York Executive Law, by subjecting them to different treatment on the basis of their gender.

635. Defendant has discriminated against Plaintiffs and members of the class by treating them differently from and less preferably than similarly-situated employees of the male dominated TED.

636. As a result of Defendant's conduct, Plaintiffs and the members of the class have suffered and continue to suffer harm, including but not limited to lost earnings. Lost benefits, other financial loss, and non-economic damages.

637. By reason of Defendant's discrimination, Plaintiffs and all members of the class are entitled to all remedies available for violations of the New York Executive Law.

**AS AND FOR A THIRD CAUSE OF ACTION**
**(INDIVIDUAL AND CLASS CLAIMS)**

**VIOLATION OF NEW YORK CITY ADMINISTRATIVE CODE § 8-107 – GENDER DISCRIMINATION**

638. This Cause of Action is brought on behalf of Plaintiffs and all members of the class.

639. Defendant has discriminated against Plaintiffs and all members of the class in violation of Section 8-107, subdivision 1(a) of the New York City Administrative Code, by subjecting them to different treatment on the basis of their gender.

640. Defendant has discriminated against Plaintiffs and members of the class by treating them differently from and less preferably than similarly-situated employees of the male dominated TED.

641. As a result of Defendant's conduct, Plaintiffs and the members of the class have suffered and continue to suffer harm, including but not limited to lost earnings. Lost benefits, other financial loss, and non-economic damages.

642. By reason of Defendant's discrimination, Plaintiffs and all members of the class are entitled to all remedies available for violations of the New York City Administrative Code, including an award of attorneys' fees and punitive damages.

## TRIAL BY JURY

643. Plaintiffs request a trial by jury on all claims asserted herein.

## PRAYER FOR RELIEF

WHEREFORE, plaintiffs request that this Court:

1. Certify plaintiffs as representatives of a class of persons similarly situated for litigation of the state law claims;

2. Enter such orders as are necessary to certify this case as a collective action under the Fair Labor Standards Act;

3. Declare and adjudge that Defendant's employment policies, practices and/or procedures challenged herein are illegal and in violation of the Class Representatives and members of the class under the New York Executive Law, the New York Administrative Law, and the EPA;

4. Issue a permanent injunction against the Defendant and all persons acting in concert with them from engaging in any conduct violating the rights of Plaintiffs, class members, and collective action plaintiffs, and order such injunctive relief as will prevent Defendant from continuing its discriminatory practices and protect others similarly situated;

5. Issue a permanent injunction against the Defendant and all persons acting in concert with them from engaging in any further unlawful practices, policies, customs usages, or gender discrimination as set forth herein;

6. Enter judgment ordering Defendant to initiate and implement programs that will: (a) provide equal employment opportunities for all School Crossing Guards, (b) remedy the effect of the Defendant's past and present unlawful employment policies, and (c) eliminate the continuing effects of the discriminatory practices described above;

7. Enter judgment ordering Defendant to establish a task force on equality and fairness to determine the effectiveness of the programs described in 6 above, which would provide for (a) monitoring, reporting, and retaining of jurisdiction to ensure equal employment opportunities, (b) the assurance that injunctive relief is properly implemented, and (c) a quarterly report setting forth information relevant to the determination of the effectiveness of the program described in 6 above;

8. Enter judgment ordering Defendant to adjust the wage rates and benefits of School Crossing Guards to the same level as that of TEA IIs in the TED, and to allow School Crossing Guards to work more than 25 hours per week;

9. Retain jurisdiction of the action until such time as the Court is satisfied that Defendant has remedied the practices complained of herein and is determined to be in full compliance with the law;

10. Enter judgment awarding nominal, compensatory, and punitive damages to Plaintiffs, class members and the collective action plaintiffs;

11. Enter judgment ordering Defendant to male whole Plaintiffs, class members and collective action plaintiffs by providing them with appropriate lost earnings and benefits, and other affirmative relief;

12. Enter judgment ordering Defendants to pay liquidated damages pursuant to the FLSA, 29 U.S.C. § 216(b);

13. Award litigation costs and expenses, including, but not limited to reasonable attorneys' fees, to Plaintiffs, the class members, and collective action plaintiffs;

14. Grant Plaintiffs, the class members, and collective action plaintiffs such other and further relief as the Court deems proper and just.

Dated: New York, New York
August 15, 2016

ADVOCATES FOR JUSTICE,
CHARTERED ATTORNEYS
Attorneys for Plaintiffs

By:_______________/s/_________________
Arthur Z. Schwartz (AS-2683)
Richard Soto (RS-9661)
225 Broadway, Suite 1902
New York, New York 10007
(212) 285-1400