**EXHIBIT B**



Trade Media Partners LLC
130 W Pleasant Ave.
Maywood, NJ 07607
Tel. 201-645-0258   Fax 201-801-0189
print@themintprint.com

# Invoice

| Date | 1/25/2017 |
|---|---|
| Invoice No. | 15129 |

PAID 02/09/2017

**Bill**

Advocates for Justice
Arthur Schwartz
225 Broadway, Suite 1902
New York, NY 10007

| Customer Phone | Job No. | Cust. Resale/Exempt # | P.O. # | Terms | Ship Via |
|---|---|---|---|---|---|
| 212-285-1400 | 14757 | | | Due on receipt | US Mail |

| Description | Qty | Rate | Amount |
|---|---|---|---|
| Class Action Solicitation Mailing<br><br>PRINT (Union digital and offset)<br>3500 Sets 3-Part Nested 8.5x11 Letter /28# White /Black 1S /Fold to #10<br>3500 Sets 2-Part Nested 8.5x11 Reply Forms /28# White /Black 1S /Fold to #10<br>3500 #10 Envelope / 24# White Wove /Black 1S<br>3500 #9 Envelope /24# White Wove /Black 1S<br><br>MAILSHOP<br>3-Part Insert into #10 (Letter, Forms, Reply Envelope)<br>Load and format (1) Supplied mailing list / CASS/NCOA Certification<br>Presort First Class/ Inkjet Address / Seal / Deliver to PO<br>Permit: Trade Media NY 757<br>Weight: <2 oz.<br><br>Postage (Presort First Class Automation Letter <2 oz.)<br><br>POSTAGE PAID Check #1910 02/02/2017<br>BALANCE PAID AMEX xxxxxxxxxxxx1002 02/09/2017 | 3,500<br><br><br><br><br><br><br><br><br><br><br><br><br><br>3,455 | 0.84143<br><br><br><br><br><br><br><br><br><br><br><br><br><br>0.40451 | 2,945.01T<br><br><br><br><br><br><br><br><br><br><br><br><br><br>1,397.59 |

Customer agrees that all work performed on their behalf has been checked by them and is to specification, thereby releasing Trade Media Partners, LLC from all responsibility for typographical or material errors. It also signifies that the customer agrees to fulfill any and all obligations to Trade Media Partners, LLC for all work done, regardless of any errors in print quality, copy content, or omissions found at a later time. The customer agrees to indemnify and hold harmless Trade Media Partners, LLC for any and all losses, expenses, damages and/or legal actions resulting from work performed by them for the customer. 2% interest charged to all balances over 45 days. Returned checks will incur a $25 charge to the customer's account. Customer is responsible for any and all expenses, legal fees and court costs, for collection of delinquent balances.

| | |
|---|---|
| **Subtotal** | $4,342.60 |
| **Sales Tax (8.875%)** | $261.37 |
| **Invoice Total** | **$4,603.97** |
| **Payments/Credits** | -$4,603.97 |
| **Balance Due** | $0.00 |